IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LYNN DEMTRIUS JONES                                                                                          PLAINTIFF

v.                                                          Case No. 1:21-cv-1053

JOHNATHAN SHEROD TUBBS, Union County
Detention Center; and SHERIFF RICKY ROBERTS                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed December 8, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that Plaintiff's Amended Complaint (ECF No. 8) be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Amended Complaint (ECF No. 8) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 3rd day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge